**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Lashaunda Richards v. Portfolio Recovery Associates, Inc. | FILED STAMP: APRIL 24, 2008<br>08CV2341   J. N.<br>JUDGE KENDALL<br>MAG. JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laushaunda Richards

| | |
|---|---|
| **NAME** (Type or print)<br>Jeffrey S. Hyslip | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Jeffrey S. Hyslip | |
| **FIRM**<br>Legal Helpers, P.C. | |
| **STREET ADDRESS**<br>Sears Tower 233 S. Wacker Dr. Suite 5150 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER**<br>866-339-1156 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐