**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lashaunda Richards
                            Plaintiff,
v.                                              Case No.: 1:08−cv−02341
                                                Honorable Virginia M. Kendall
Portfolio Recovery Associates, Inc.
                            Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

   MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff fails to appear. Status hearing is reset for 7/7/2008 at 09:00 AM. Plaintiff is directed to file a return on service of the summons and complaint with the Clerk of Court and to comply with this court's order dated 4/25/2008.Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.